UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** A. Benjamin Goldgar

**Hearing Date** 2/11/14

**Bankruptcy Case** 13-45426

**Adversary No.**

**Title of Case** Brenda Carey

**Brief Statement of Motion**

**Names and Addresses of moving counsel** Robert J. Senrad & Assoc.
20 S. Clark - 28th
Chicago, IL 60603

**Representing** Brenda Carey

## ORDER

Debtor's Plan is amended to check the box for Section E(8) of said Plan

*/s/ A. Benjamin Goldgar*