## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Brenda L Carey | ) | Chapter 13 |
| | ) | Case No. 13 B 45426 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

### ORDER CONFIRMING CHAPTER 13 PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no. __7__, having been found by the court to comply with the provisions of 11 U.S.C. §1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified by 11 U.S.C. §§541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

Dated: FEB 1 1 2014

A. Benjamin Goldgar
US Bankruptcy Judge

Form Order No. 24