## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Brenda Carey, | ) | |
| | ) | Case No. 13-45426 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge Benjamin A. Goldgar |

### NOTICE OF MOTION

TO:   Marilyn O Marshall, Chapter 13 Trustee (electronically via ECF)
Seaway Bank & Trust Co. (electronically via ECF)
All Creditors Listed on the Attached Service List (via U.S. Mail)

**PLEASE TAKE NOTICE** that on **May 17, 2016 at 9:30 a.m.**, the undersigned will appear before the **Honorable Benjamin A. Goldgar** or any judge that may be sitting that day in **room 642** at the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604 and will then and there present the attached **Debtor's Motion to Modify Chapter 13 Plan** at which time you may appear if you so choose.

### Certificate of Service

I, Ross Zambon, hereby certify that I caused a copy of this notice and motion to be served electronically via ECF to Marilyn O Marshall (Chapter 13 Trustee) and Seaway Bank & Trust Co., and via U.S. Mail to creditors listed on the attached service list, on March 31, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:  /S/ ROSS M. ZAMBON
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, STE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6294149

# SERVICE LIST

**City of Chicago Department of Revenue**
c/o Arnold Scott Harris PC
111 W.Jackson suite600
Chicago, IL 60604

**City of Chicago Parking Tickets**
121 N. LaSalle Street, ROOM 107A
Chicago, IL 60602

**Department Stores National Bank/Macy's**
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

**Illinois Bell Telephone Company**
c/o AT&T Attorney: James Grudus
One AT&T Wayu, Room 3A218
Bedminster, NJ 07921

**Macysdsnb**
911 Duke Blvd
Mason, OH 45040

**MCSI Inc (Original Creditor: City of Chicago)**
Po Box 327
Palos Heights, IL 60463

**NCEP, LLC**
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX 77210

**NCEP, LLC**
P.O. Box 165028
Irving, TX 75016

**Penn Credit Corporation**
916 South 14th Street
Harrisburg, PA 17108

**Pronger Smith Medical Care**
2320 W. High St
Blue Island, IL 60406

**Santander Consumer USA**
PO BOX 961245
Fort Worth, TX 76161-1245

**Santander Consumer USA Inc**
PO Box 961245
Fort Worth, TX 76161

**Sears/CBNA**
Po Box 6282
Sioux Falls, SD 57117

**Seaway Bank & Trust Co**
645 E 87th St
Chicago, IL 60619

**Stanisaw Control**
914 14th St Pob 480
Modesto, CA 95353

**Title Check LLC**
622 West Kalamazoo Ave
Kalamazoo, MI 49007

**Van Buren County Treasurer**
219 E. Paw Paw St., Suite 101
Paw Paw, MI 49079-1499

**Ronald Austin, Jr.**
Grant Law, LLC
230 West Monroe Street
Suite 240
Chicago, IL 60606

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Brenda Carey, | ) | |
| | ) | Case No. 13-45426 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Judge A. Benjamin Goldgar |

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

**NOW COMES** the Debtor, BRENDA CAREY ("Debtor"), through the undersigned attorneys, moving this Honorable Court pursuant to 11 U.S.C. §1329 to Modify Chapter 13 Plan, and in support thereof, states as follows:

1. On November 22, 2013, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code and her Chapter 13 plan. [DKT ## 1, 7.]

2. On February 11, 2014, this Court confirmed Debtor's Chapter 13 plan ("Plan"). [DKT #18.] The Plan is a 100% plan. [*Id.*]

3. Debtor's Plan required the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $1,570.00 per month for 36 months and $1,475.80 for the final 24 months.

4. A portion of the total arrearages being paid through the initial Plan included arrearages on Debtor's home mortgage loan and Debtor's mortgage loan on a property in Michigan. The mortgage arrearages totaled $31,444.00.

5. On January 12, 2015, this Court approved two loan modifications on both of Debtor's mortgage loans. [DKY #55.] As part of the loan modifications, all of the arrearages from both mortgage loans were removed from the Plan and the loans were brought current. [*Id.*]

6. To date, Debtor has paid a total of approximately $37,540 to the Trustee under the Plan.

7. As of the filing of this Motion, the Debtor is in default under the Plan in the amount of approximately $4,710.

8. With the mortgage loans removed from the Plan, Debtor owes approximately $17,185 to the remaining secured and unsecured creditors (which includes the default amount in the previous paragraph).

9. There are approximately 32 months remaining in Debtors' Plan.

10. Since filing her petition, Debtor has been dealing with serious medical issues that have required Debtor's time and resources, and are the primary reason for the default under the Plan.

11. Debtor is currently in position to resume payments to the Chapter 13 Trustee to cure the default through the course of the Plan.

12. Debtor respectfully requests that this Honorable Court to modify the Debtors' Plan by decreasing her monthly payment from $1,570 per month to $540 per month for the final 32 months of the Plan to allow Debtor to cure the current default and repay the remaining secured and unsecured creditors in full.

13. The modification of the Plan will permit the Plan to terminate on its original schedule of 60 months.

14. Modification of the Plan will not prejudice the unsecured creditors, as they will receive the same 100% dividend as contemplated by the Confirmed Plan.

**WTHEIREFORE**, the Debtor prays this Honorable Court for the following relief:

A. Decreasing her Plan payment from $1,570 to $540 for the next 32 months to cure the current default through the course of the Plan and pay the remaining general unsecured claims at 100%; and
B. For such other and further relief this Court deems just and proper.

Dated: March 31, 2016                                   Respectfully Submitted,

/s/ Ross Zambon
Ross Zambon, Esq. #6294149
Attorney for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630) 575-8181
Fax: (630) 575-8188